Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
28, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed August 28, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00876-CV

____________

 

IN RE WILLIE RAY McDONALD, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On August 8, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to have this Court compel the Hon. Thomas R. Culver, III, presiding judge
of the 240th Judicial District Court of Fort Bend County to rule on an
application for a pre-trial writ of habeas corpus, in which he complained of
wrongful disclosure of privileged attorney-client communications.  Relator=s petition fails to establish he is
entitled to extraordinary relief.  See
Barnes v. State, 832 S.W.2d 424, 426 (Tex. App.CHouston [1st Dist.] 1992, orig.
proceeding). 








We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed August 28, 2003.

Panel consists of
Chief Justice Brister and Justices Anderson and Seymore.